IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR JAMES EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF COUNTY COUNSEL, *et al.*,<br><br>    Defendants. | No. C-05-03319 RMW<br><br>ORDER WITHDRAWING ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Re Docket Nos. 3, 8] |

E-FILED on: 10/3/2008

On March 4, 2008, this court granted Mr. Evans' application to proceed *in forma pauperis*. That order issued in error, and the court hereby withdraws its earlier grant of the application to proceed *in forma pauperis*.

Based on Mr. Evans' sworn application, he receives $1,500 per month and has minimal expenses, totaling $136 per month in food. From this information, it appears that Mr. Evans' has a net income of over $1,000 per month, which is more than sufficient to pay the $350.00 filing fee.

Accordingly, the application to proceed *in forma pauperis* is denied. The filing fee of $350.00 must be paid no later than November 7, 2008. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. Mr. Evans is hereby apprised of his responsibility to serve the complaint and any amendments, scheduling orders, and attachments

pursuant to Rule 4, Federal Rules of Civil Procedure. Mr. Evans has a continuing obligation to keep the court informed of his current address. Failure to do so will result in dismissal of this action.

DATED:     10/3/2008

RONALD M. WHYTE
United States District Judge

1  **Notice of this document has been mailed to:**

2  **Plaintiff:**

3  Jamar James Evans
   P. O. Box 25
4  Atwater, CA 95301

5  **Counsel for Defendants:**

6  (no appearance)

7
   Counsel are responsible for distributing copies of this document to co-counsel that have not
8  registered for e-filing under the court's CM/ECF program.

9

10  **Dated:**   10/3/2008                              TSF
                                                **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California

ORDER WITHDRAWING ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* — No. C-05-03319 RMW
TSF                                3