E-FILED on: 9/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR JAMES EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF COUNTY COUNSEL, *et al.*,<br><br>　　　　Defendants. | No. C-05-03319 RMW<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

　　By order dated October 3, 2008, the court granted plaintiff until November 8, 2008 in which to pay the filing fee and notified plaintiff that a failure to pay the fee by that deadline would result in dismissal of his action. Plaintiff has failed to pay the filing fee, and accordingly, this action is dismissed without prejudice.

DATED:　　9/24/09

　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DISMISSING ACTION — No. C-05-03319 RMW
TER

1 **Notice of this document has been mailed to:**

2 **Plaintiff:**

3 Jamar James Evans
P. O. Box 25
4 Atwater, CA 95301

5 **Counsel for Defendants:**

6 (no appearance)

7
8 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9
10 **Dated:** 9/25/09                                          TER
                                                              **Chambers of Judge Whyte**

ORDER DISMISSING ACTION — No. C-05-03319 RMW
TER                                                            2