E-FILED on: 9/25/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMAR JAMES EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICE OF COUNTY COUNSEL, *et al.*,<br><br>    Defendants. | No. C-05-03319 RMW<br><br>JUDGMENT |

On September 24, 2009 the court dismissed this action without prejudice. IT IS HEREBY ordered that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED: 9/24/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT — No. C-05-03319 RMW
TER

1 | **Notice of this document has been mailed to:**

2 | **Plaintiff:**

3 | Jamar James Evans
P. O. Box 25
4 | Atwater, CA 95301

5 | **Counsel for Defendants:**

6 | (no appearance)

7 |
8 | Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

9 |

10 | **Dated:** 9/25/09             TER
**Chambers of Judge Whyte**

JUDGMENT — No. C-05-03319 RMW
TER                                                    2